In the Matter of Samuel S. Field and Others.— Objections overruled and report confirmed. Opinion per curiam. Order to be settled on

notice. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.